# EPSTEIN SACKS PLLC

ATTORNEYS AT LAW

100 LAFAYETTE STREET - SUITE 502

NEW YORK, N.Y. 10013

(212) 684-1230

Fax (212) 571-5507

BENNETT M. EPSTEIN: (917) 653-7116
SARAH M. SACKS: (917) 566-6196

Hon. Jennifer E. Willis
United States Magistrate Judge
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street
New York, New York 10007

This request is GRANTED. SO ORDERED.

*Jennifer E. Willis*
Jennifer E. Willis
United States Magistrate Judge

May 23, 2024

*United States v. Emmanuel Torres*
24 Mag. 1724

Dear Magistrate Judge Willis:

    We represent Emmanuel Torres pursuant to the Criminal Justice Act. He is out on bail and his travel is currently restricted to the Eastern and Southern Districts of New York except for travel for work as approved by pretrial services. We write to respectfully request a temporary modification to his bail conditions to allow him to travel to Meriden, Connecticut to visit his brother from Saturday May 25th to Monday May 27. Mr. Torres' father, who is the co-signer of his bond, will be travelling with him. We have reached out to both pretrial services and the Government to discuss this request, and neither has any objection.

                                                                       Respectfully submitted,

                                                                       *Sarah M. Sacks*