24 CRIM 474

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

v.

EMMANUEL TORRES,

           Defendant.

**NOTICE OF INTENT TO FILE AN INFORMATION**

    Please take notice that the United States Attorney's Office will file an Information upon the defendant's waiver of Indictment, pursuant to Rule 7(b) of the Federal Rules of Criminal Procedure.

    Furthermore, I have reviewed Judge Garnett's Individual Rules for matters involving the U.S. Attorney's Office, and the relevant records, and Judge Garnett is recused from this matter.

Dated: New York, New York
       July 12, 2024

                                    DAMIAN WILLIAMS
                                    United States Attorney

                     By:      _____
                            Benjamin A. Gianforti
                            Assistant United States Attorney

                            AGREED AND CONSENTED TO:

                     By:      *Sarah M. Sacks*
                            _____
                            Sarah Sacks, Esq.
                            Attorney for Emmanuel Torres

Wheel "A"