UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

v.

EMMANUEL TORRES,

            Defendant.

**WAIVER OF INDICTMENT**

24 Cr.

24 CRIM 474

      The above-named defendant, who is accused of violating Title 18, United States Code, Sections 1960 and 2, being advised of the nature of the charge and of his rights, hereby waives, in open Court, prosecution by indictment and consents that the proceeding may be by information instead of by indictment.

_____
EMMANUEL TORRES
Defendant

_____
Witness

_____
Sarah Sacks, Esq.
Attorney for Defendant

Dated: New York, New York
      July ___, 2024
      Aug. 12